UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 27, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2015**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**SCURA, WIGFIELD, HEYER & STEVENS, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Facsimile: 973-696-8571
Christopher J. Balala, Esq. (Attorney ID – 030732010)
Counsel for Debtors, Vincent and Yvonne Rosalia

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Vincent and Yvonne Rosalia,<br><br><div align="center">Debtors.</div> | Chapter 13<br><br>Case No.:  09-40600 RG<br><br>Hearing Date: August 5, 2015 |

## ORDER TO TURNOVER UNCLAIMED FUNDS TO THE DEBTORS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**THIS MATTER** having been brought to the Court by the Debtors, Vincent and Yvonne Rosalia, by and through their attorneys, Scura, Wigfield, Heyer & Stevens, LLP, seeking an Order directing the Clerk of the Court to turnover unclaimed funds in the amount of $5,553.04 from the above referenced bankruptcy case to the debtors, Vincent and Yvonne Rosalia, and the Court having considered the papers submitted and arguments of counsel and good cause appearing;

**IT IS HEREBY ORDERED**

That the Clerk of the Court shall issue a check in the amount of $5,553.04 payable to the Debtors, Vincent and Yvonne Rosalia.